UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11505-GAO

VOICE OF THE ARAB WORLD, INC.,
Plaintiff,

v.

MDTV MEDICAL NEWS NOW, INC.,
Defendant and Counterclaimant,

v.

VOICE OF THE ARAB WORLD, INC.,
Counterclaim Defendant.

ORDER
June 10, 2010

O'TOOLE, D.J.

After a review of the papers and brief argument, MDTV Medical News Now Inc.'s Motion for Order to Show Cause Why Voice of the Arab World Should Not Be Held in Contempt (dkt. no. 43) is DENIED without prejudice at this time. It appears that Voice of the Arab World, Inc. may have lacked the ability to comply with the Order after the domain name registrar, 4Domains, Inc., prohibited it from accessing or editing its websites. See United States v. Saccoccia, 433 F.3d 19, 27 (1st Cir. 2005).

Voice of the Arab World is reminded of the preliminary injunction enjoining it, its agents, servants, employees, officers, and any other persons acting in concert with it, from the use, sale, or promotion of the mark "MDTV," or formative versions of that mark

2

on the Internet, in connection with medical-related informational or educational programming or services, and is forewarned that it may be subject to civil contempt for any future violations of the injunction.

    It is SO ORDERED.

                                                          /s/ George A. O'Toole, Jr.
                                                     United States District Judge