UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11505-GAO

VOICE OF THE ARAB WORLD, INC.,
Plaintiff,

v.

MDTV MEDICAL NEWS NOW, INC.,
Defendant and Counterclaimant,

v.

VOICE OF THE ARAB WORLD, INC.,
Counterclaim Defendant.

SCHEDULING ORDER
August 10, 2010

O'TOOLE, D.J.

After a review of the parties' submissions, the Court adopts the following schedule:

| | |
|---|---|
| *Initial Disclosures:* | August 16, 2010 |
| *Fact Discovery Cut-off:* | December 20, 2010 |
| *Expert Reports:* | January 24, 2011 |
| *Rebuttal Expert Reports:* | February 28, 2011 |
| *Expert Discovery Cut-off:* | March 28, 2011 |
| *Motion Deadline:* | May 2, 2011 |

Pursuant to Local Rule 26.1(c), the parties are each limited to ten (10) depositions.

The parties may apply to the Court to modify the deadlines or other provisions of this Schedule, which can be modified only by order of the Judge, or the Magistrate Judge if so authorized by the Judge, and only upon a showing of good cause supported by affidavits, other evidentiary materials, or references to pertinent portions of the record**.**

It is SO ORDERED.

       /s/ George A. O'Toole, Jr.
United States District Judge