UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11505-GAO

VOICE OF THE ARAB WORLD, INC.,
Plaintiff,

v.

MDTV MEDICAL NEWS NOW, INC.,
Defendant and Counterclaimant,

v.

VOICE OF THE ARAB WORLD, INC.,
Counterclaim Defendant.

ORDER
July 12, 2011

O'TOOLE, D.J.

As directed by the United States Court of Appeals for the First Circuit, the injunctive order previously issued by this Court is VACATED. Should the defendant, MDTV Medical News Now, Inc., wish to renew its motion for preliminary injunction, it should do so within twenty-eight (28) days of this Order and address the concerns expressed by the First Circuit in Voice of the Arab World, Inc. v. MDTV Medical News Now, Inc., --- F.3d ---, 2011 WL 2090132 (1st Cir. May 27, 2011). In the event that the defendant renews its motion, the plaintiff shall have fourteen (14) days thereafter to respond.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge